JOHN P. RUSTEK ET AL. *v.* JAMES B. STREETO, ADMINISTRATOR (ESTATE OF JAMES BANDURA) (15939)

Foti, Landau and Heiman, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

ELIZABETH TAYLOR *v.* JAMES E. WILLIAMS, ADMINISTRATOR (ESTATE OF ANNA MARY MAHON), ET AL. (15841)

Foti, Landau and Heiman, Js.

Submitted on briefs January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.

ROBERTO RUIZ, SR., ADMINISTRATOR (ESTATE OF MIRELLA ALVAREZ) *v.* SEAN BUTTERLY, CLAIMS COMMISSIONER (15264)

Foti, Lavery and Hennessy, Js.

Argued January 29—officially released February 25, 1997

Per Curiam. The judgment is affirmed.